**W. E. S. DYER, Appellant, v. UNITED STATES.**

**No. 7250.**

Circuit Court of Appeals, Third Circuit.

Jan. 29, 1940.

Conlen, LaBrum & Beechwood and J. Harry LaBrum, all of Philadelphia, Pa., for appellant.

J. Cullen Ganey, U. S. Atty., of Philadelphia, Pa., for appellee.

Before BIGGS, CLARK, and JONES, Circuit Judges.

PER CURIAM.

And now, upon motion of J. Harry La-Brum, Esq., counsel for appellant, it is ordered, adjudged and decreed that the appeal of appellant be and hereby is dismissed. Costs to be paid by appellant.

**EGYPTIAN SUPPLY COMPANY, Appellant, v. A. E. BOYD, Jr., Trustee In Bankruptcy, et al. Appellee.**

**No. 8382.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 15, 1940.

Albert Karnes and Waller & Threlkeld, all of Paducah, Ky., for appellant.

A. E. Boyd, Jr., Adrian H. Terrell, E. Palmer James, Boyd & Boyd, McMurry, Katterjohn & Reed, and Wheeler & Shelbourne, all of Paducah, Ky., for appellees.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing upon the argument in said cause that the appellant's claim of lien filed with the referee in bankruptcy, was denied as a secured. claim; that the appellant sought a review of the referee's order in the District Court praying that the order be set aside; that upon consideration thereof an order was entered by the District Judge overruling and setting aside the referee's order in accordance with a memorandum opinion of the court, and that it is from this order that the appeal is taken, and that no petition for any declaratory judgment is involved in the cause; and it being the view of the court that the appellant was granted below all the relief prayed for; that the order was not adverse to it but was in conformity with its petition for review, and that in consequence thereof no appeal can, by the appellant, be pursued from such order, now, therefore, it is hereby ordered that the appeal be and it is hereby dismissed without prejudice to the right of the appellant perfecting an appeal from any final order or decree adverse to it if and when such order may be entered in the cause, and such appeal is timely.

**EXPORT S. S. CORPORATION et al. v. AMERICAN INS. CO., NEWARK, N. J., et al.**

**No. 375.**

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1940.

For former opinion, see 106 F.2d 9.

Haight, Griffin, Deming & Gardner, of New York City (John W. Griffin and Frank J. Foley, both of New York City, of counsel), for appellants Export S. S. Corporation and American Export Lines, Inc.

Tompkins, Boal & Tompkins, of New York City (Arthur M. Boal, of New York City, of counsel), for appellant American Ins. Co.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Ira A. Campbell, Joseph F. Luley, and William P. Lage, all of New York City, of counsel), for appellee.

Before SWAN, CLARK, and PATTERSON, Circuit Judges.

PER CURIAM.

On rehearing a majority of the court adheres to its former opinion.